## (January 12, 1960)

■ THOMAS A. EDISON, Respondent, v. HIGHLAWN CONSTRUCTION CORP., Appellant.— Order unanimously affirmed, without costs upon appeal. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ MINNA GURTLER, Appellant, v. JESSE J. STERN, Respondent.— Appeal unanimously dismissed, without costs. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ MINNA GURTLER, Appellant, v. JESSE J. STERN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ N. FARAH AND SONS, INC., Respondent, v. UNION CASUALTY & LIFE INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of A. BERNARD KING, Respondent, against SAMUEL J. FAULDS et al., Appellants, and BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent against the respondents-appellants. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ UNITED STATES TRUNK COMPANY, INC., Appellant, v. ALEX FRIEDMAN, Doing Business as CREATIVE MOULDED PRODUCTS CO., Respondent.— Order of May 20, 1959 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ UNITED STATES TRUNK COMPANY, INC., Appellant, v. ALEX FRIEDMAN, Doing Business as CREATIVE MOULDED PRODUCTS Co., Respondent.— Order of March 31, 1959 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ CROMPTON-RICHMOND Co., INC., Respondent, v. NEW YORK FACTORS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, without prejudice to an application to the trial court for production upon the trial of the so-called "client's file" and any other papers the trial court may deem proper. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ AMERICAN TOBACCO COMPANY, Respondent, v. RIGGIO TOBACCO CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ EMILIANO CABAN, as Administrator of the Estate of FRANK CABAN, Deceased, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— Appeals unanimously dismissed, with $20 costs and disbursements to the defendant-respondent. The rulings made during an examination before trial are not appealable. (Tripp, A Guide to Motion Practice, § 68, subd. 7.) Such rulings, however, are without any effect upon the issues as they may be defined during the trial by the trial court. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ MARILYN SCHWARTZ, Respondent, v. MILTON L. SCHWARTZ, Appellant.— Order of May 4, 1959 unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.